FILED
MAR 25 2011
CLERK, U.S. DISTRICT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RONALD WAYNE LEWIS,

    Plaintiff,

v.                                   Civil Action No. **3:10CV894**

DIVISION OF CHILD SUPPORT ENFORCEMENT,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on February 14, 2011, the Court conditionally docketed Plaintiff's civil action. At that time, the Court directed Plaintiff to submit an appropriate *in forma pauperis* affidavit. *See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose. The Court directed Plaintiff to return the affidavit within fourteen (14) days from the date of entry thereof. The Court warned Plaintiff that his failure to comply strictly with that time requirement would result in summary dismissal of the action. *See* Fed. R. Civ. P. 41(b).

Plaintiff has not complied with the orders of this Court. Plaintiff failed to return a completed *in forma pauperis* affidavit form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant complaint. *See* 28 U.S.C. § 1914(a). Such actions demonstrate a wilful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

                                                                         /s/
                                          James R. Spencer
                                          Chief United States District Judge

Date: 3-23-11
Richmond, Virginia