IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RONALD WAYNE LEWIS,**

    Plaintiff,

v.                                                      Civil Action No. **3:10CV894**

**DIVISION OF CHILD SUPPORT ENFORCEMENT,**

    Defendant.

### FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Lewis's Objection (ECF No. 20) is overruled;

2. The Report and Recommendation (ECF No. 19) is ACCEPTED and ADOPTED;

3. Lewis's claims and the action are DISMISSED WITH PREJUDICE; and,

4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Should Lewis desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Lewis.

And it is so ORDERED.

Date: 9-23-13
Richmond, Virginia

/s/
James R. Spencer
United States District Judge